# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2013

144387(62)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KADEEM DENNIS WHITE,
        Defendant-Appellant.

_____

SC: 144387
COA: 303228
Jackson CC: 10-005949-FC

On order of the Chief Justice, the motion by Criminal Defense Attorneys of Michigan and the Center on Wrongful Conviction of Youth for leave to file a brief *amicus curiae* is considered and it is granted. The brief shall be filed not later than March 22, 2013.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2013                                                          
Clerk